IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| PORDIDIO CHAVARRIA LOPEZ,<br><br>Petitioner,<br><br>v.<br><br>DONNOVAN WRIGHT, *et al.*,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:26-cv-1943 (RDA/LRV) |

**ORDER**

This matter comes before the Court on Petitioner's Emergency Motion to Enforce Judgment (the "Motion"). Dkt. 9. On July 10, 2026, this Court granted Petitioner's Petition for Writ of Habeas Corpus and ordered Respondents to provide Petitioner a bond hearing within seven (7) days. Dkt. 7. Shortly before this deadline, Respondents' counsel notified Petitioner's counsel that Petitioner had been previously transferred outside of this District before the Court entered its initial order prohibiting such transfer. Dkt. 8. With Petitioner's consent, Respondents therefore requested an extension of the bond hearing deadline until July 22, 2026, which the Court granted. Dkt. 7.

Following this initial transfer outside of this District and the identification of the conflict with this Court's Order, on July 22, 2026, Respondents filed a notice stating that "Petitioner was inadvertently not placed onto his return flight to Virginia," and stated that they were "regrettably unable to provide a bond hearing on or by July 22, 2026." Dkt. 8 at 1. Respondents state that they "are working expeditiously to facilitate Petitioner's return" for a bond hearing. *Id.* at 2. In the Motion, Petitioner's counsel reports that Petitioner's information was removed from the U.S. Immigration and Customs Enforcement Detainee Locator on July 16, 2026, and neither

Petitioner's family nor counsel has been able to contact him since. Dkt. 9 ¶ 3. In this regard, unlike the first time Respondents' actions conflicted with this Court's Order, in this instance Respondents have not sought nor received any further extension of the deadline in which to provide Petitioner with a bond hearing. Accordingly, it is hereby

ORDERED that Respondents return Petitioner to this District on or before 5:00 PM on Wednesday, July 29, 2026; and it is

FURTHER ORDERED that Respondents file a notice with this Court no later than noon on Thursday, July 30, 2026, confirming that Petitioner has been returned to this District; and it is

FURTHER ORDERED that Respondents file a notice with this Court no later than noon on Friday, July 24, 2026, informing the Court of Petitioner's current location and the arrangements that have been made to return Petitioner to this District on or before 5:00 PM on July 29, 2026; and it is

FURTHER ORDERED that on or before 5:00 PM on Friday, July 31, 2026, Respondents SHOW CAUSE as to why Petitioner was not placed onto his return flight to Virginia, why Petitioner's counsel has been unable to locate or communicate with Petitioner, and why Respondents have not complied with this Court's orders.

The Clerk is directed to forward a copy of this Order to counsel of record and to Dennis Barghaan, Chief of the Civil Division of the U.S. Attorney's Office for the Eastern District of Virginia.

Alexandria, Virginia
July 23, 2026

/s/

Rossie D. Alston, Jr.
United States District Judge